# RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # | |
|---|---|---|
| vs | DATE OF COMPLAINT | |
| YOANDY PEREZ LLANES | CRIMINAL DOCKET NUMBER | CR. 15-141 |
| | DATE OF INDICTMENT | 6/25/2015 |
| | STATUTE: | 18:371, 18:1343, 18:1956, 18:1028 |

**DATE ARRESTED:** ARRIVED FROM VENEZUELA ON 8-1-16

## INITIAL APPEARANCE

| Before Magistrate | | LENIHAN | | EDDY | Date: | 8/12/2016 | C.D. | |
|---|---|---|---|---|---|---|---|---|
| | X | MITCHELL | | BAXTER | Time: | ~~10:00 A.M.~~ | C.D.Index: | 10:13 - |
| | | KELLY | | PESTO | | 10:13 to 10:15 | | 10:15 |

**U. S. ATTORNEY** GREGORY MELUCCI, ESQUIRE    ✚ SPANISH INTERPRETER-ANA LAHR

AFPD - MICHAEL NOVARA FOR D.

**1. RIGHTS EXPLAINED**

**2. INDICTMENT:**
- [ ] Read
- [X] Summarized
- [X] Reading waived
- [X] Defendant provided with a copy of the charges
- [ ] Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**
- [ ] Read
- [ ] Summarized
- [X] Reading waived

**4. COUNSEL**
- [X] Defendant requested appointment
- [ ] Defendant waived appointment
- [ ] Defendant represented by: _____
- [ ] Defendant expects to retain: _____
- [X] Affidavit executed.
- [ ] Not Qualified
- [X] Qualified
- [ ] with possible requirement for partial or full payment
- [X] Federal Public Defender appointed ~~(MICHAEL NOVARA)~~ (THOMAS LIVINGSTON TO BE APPOINTED)
- [ ] CJA Panel Attorney _____ appointed

**5. BAIL**
- Recommended Bond: DETENTION
- Bond Set at: _____
- [ ] By Consent    Additional Conditions Imposed: _____
- [ ] By Magistrate
- [ ] Bond Posted
- [ ] Temporary Commitment issued    [ ] Final Commitment issued
- Bond Review Hearing Set For: _____
- Detention Hearing Set ~~For:~~ WAIVED

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/(ARRAIGNMENT)**
Preliminary Exam/Rule 40/Arraignment set for: 8-18-16 AT 9:30 AM. Before Magistrate JUDGE EDDY

**ADDITIONAL COMMENTS:** ANA LAHR WILL BE PRESENT FOR ARRAIGNMENT.