IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 15-141 |
| | ) | District Judge Mark R. Hornak |
| vs | ) | Magistrate Judge Cynthia Reed Eddy |
| | ) | |
| | ) | |
| **YOANDY PEREZ LLANES** | ) | |

MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: _T. Lumpton_         \* 9:38 - 9:43

Government: _A. Melucci_, AUSA         Ana Lahr sworn
                                       \* (interp)

1. Date of Arraignment: _8/19/16_
2. Defendant is: __✓__ incarcerated.
   _____ on bond.
3. Defendant entered a plea of _not guilty_.
4. The parties were advised that all pretrial motions must filed within fourteen (14) days.
5. A Rule 16 conference: __✓__ has been held.
   _____ has not been held.
6. Discovery is _____ completed  __✓__ not completed.
7. Defendant has requested to be tried by: __✓__ Jury
   _____ Non-Jury
8. All parties have been advised that the matter:
   _____ has been scheduled for trial for _____.
   _____ has not been scheduled for trial.
   __✓__ has not been scheduled for trial, but will be notified.
9. Estimated trial length: _2½ weeks_.
10. Defendant: __✓__ has been processed by U.S. Marshal.
    _____ has not been processed by U.S. Marshal, but has been advised to be processed.

s/ Cynthia Reed Eddy
United States Magistrate Judge