IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

YOANDY PEREZ LLANES

Criminal No. 15-141

## ARRAIGNMENT PLEA

Defendant YOANDY PEREZ LLANES being arraigned, pleads **NOT GUILTY** in open Court this **19th** day of **August**, 20 ~~~~ 16  YPLL

_____
(Defendant's Signature)

_____
(Attorney for Defendant)